# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

LAKE WASHINGTON SCHOOL
DISTRICT NO. 414,
     v.

CASE NUMBER: C09-5009RBL

OFFICE OF SUPERINTENDENT OF
PUBLIC INSTRUCTION, WASHINGTON STATE
OFFICE OF ADMINISTRATIVE HEARINGS and
S.G. AND A.G. on behalf of thier minor son S.G.,

[ √ ]   **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion to Dismiss is GRANTED and

Plaintiff's complaint is DISMISSED with prejudice.

*DATED :* April 9, 2009

                                  BRUCE RIFKIN
                           *Clerk*

                               /s/ Jean Boring
                        *(By) Deputy Clerk*, Jean Boring